**UNPUBLISHED ORDER**
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted July 21, 2005[*]
Decided July 21, 2005

**Before**

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. RICHARD D. CUDAHY, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 05-1052

| | |
|---|---|
| HOMER CALHOUN, JR., <br>     *Plaintiff-Appellant,* <br><br>     *v.* <br><br> MITSUBISHI MOTORS NORTH <br> AMERICA, INC., <br>     *Defendant-Appellee.* | Appeal from the United States <br> District Court for the Central <br> District of Illinois <br><br> No. 03-1029 <br><br> Michael M. Mihm, <br> *Judge.* |

**O R D E R**

Homer Calhoun, Jr. is an African-American man who was employed at Mitsubishi Motors' plant in Normal, Illinois from September 2000 until he was fired in April 2003. Calhoun filed suit under Title VII, 42 U.S.C. § 2000e, *et seq.*, alleging that he was harassed and eventually fired because of racial discrimination. The district court granted summary judgment in favor of Mitsubishi for a number of reasons, including that some of Calhoun's claims were untimely and others were barred by a settlement agreement in a previous class action lawsuit, that he failed to present any direct evidence of discrimination, and that he failed to establish a prima facie case of discrimination under the indirect burden-shifting method described in *McDonnell-Douglas Corp. v. Green*, 411 U.S. 792 (1973).

---

[*] After an examination of the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* Fed. R. App. P. 34(a)(2).

Calhoun appeals, but his brief is simply a photocopy of his complaint in the district court with a new cover page.  Even a pro se litigant like Calhoun must identify a basis for overturning the district court's judgment and support his argument with citations to the record and relevant legal authority.  *See Anderson v. Hardman*, 241 F.3d 544, 545 (7th Cir. 2001); FED. R. APP. P. 28(a)(9).  Calhoun has provided no cognizable argument and, accordingly, his appeal is DISMISSED.